UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

STEPHEN WALTER SHERRILL

*(Enter full name of plaintiff)*

Plaintiff,

v.

1 TO 10 UNKNOWN EMPLOYEES OF MULTNOMAH COUNTY SHERIFF'S OFFICE, AND MULTNOMAH COUNTY SHERIFF'S OFFICE, AND NICOLE MORRISEY O'DONNELL.

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:25-cv-01621-MTK
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT) AND MOTION FOR VOLUNTEER COUNSEL

Jury Trial Demanded
☑ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: STEPHEN WALTER SHERRILL
Street Address: SWIS # 824417
City, State & Zip Code: 11540 NE INVERNESS DRIVE PORTLAND, OR 97220
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**  Name: MULTNOMAH COUNTY SHERIFF OFFICE
Street Address: 1120 SW 3RD AVENUE
City, State & Zip Code: PORTLAND OREGON 97204
Telephone No.: 503-988-3689

**Defendant No. 2**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

DELIBERATE INDIFFERENCE TO MY SAFETY/SECURITY (EIGHTH AMENDMENT) CRUEL AND UNUSUAL PUNISHMENT (EIGHTH AMENDMENT) FAILURE TO TRAIN (EIGHTH AMENDMENT) EXCESSIVE FORCE, NEGLIGENCE, BODILY INJURY, NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS, BOTH AGAINST THE MULTNOMAH COUNTY SHERIFF'S OFFICE, EACH UNKNOWN DEFENDANT, AND THE SHERIFF

## III. STATEMENT OF CLAIMS (RESPONDEAT SUPERIOR)

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In an extremely violent and overly aggressive brutal manner, on 3/11/25 Defendants unknown, sheriff's office staff used excessive force against me when they tased me unnecessarily, causing me to fall which knocked me unconscience and to get me from one tier (upper) to the other dragged me down a flight of stairs instead of allowing me to regain my conscienceness and walk downstairs myself, constituting

a) deliberate indifference to my safety and security;

b) cruel and usual punishment; and/or

c) excessive force under the U.S. Constitution, said conduct having resulted in significant pain and causing injury to my head, back, and neck which I still suffer as a result of.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Plaintiff repeats all facts above and alleges that the Sheriff, Nicole Morrisey O'Donnell failed to ensure

staff were properly trained to avoid unnecessary injury when

a) tasing an inmate;
b) moving someone immobile from an upper tier down to a lower floor; and/or
c) properly respond to emergency situations as described herein which

caused and resulted unnecessary and wanton infliction of pain and abuse. In addition bodily injury to the Plaintiff resulted from the events described, above / supra.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Unconstitutional Policy: The County has unconstitutional policy when handling use of tasers by staff that caused bodily injury to the Plaintiff.

### Claim IV

Plaintiff repeats and realleges the above.

1) Bodily injury under Oregon Revised statutes against all defendants either directly or under respondeat superior.
2) Negligence all defendants were negligent in their actions and inactions.
3) Emotional Distress was negligently inflicted upon Plaintiff due to events described above, supra, and Plaintiff still has recurring nightmares and becomes stressed out when he sees uniformed officers due to the above, against all defendants known and unknown directly and through respondeat superior.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me. Regarding the state law tort claims claim was filed and denied afterward by Defendant's service provider Corvel.

☑ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

a) Compensatory Damages  $1,230,000.00

b) Punitive Damages due to all actions and inactions of Defendants being unnecessarily aggressive and causing back and neck injuries and recurring nightmares coupled with anxiety that has not ceased  $3,690,000.00

c) Costs in filing suit, fees associated with attorney, paralegal, copies, expenses, investigation, service, and any other cost or fee incurred by Plaintiff in pursuit of JUSTICE in the aforementioned case, all of the {a+b+c} above not to exceed $7,777,777

d) Declaratory Relief that my rights were violated

e) Plaintiff moves the court for volunteer counsel in this case.
Per 28 U.S.C. § 1746 I verify the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 03 day of SEPTEMBER, 2025.

*(Signature of Plaintiff)*

Stephen Sherrill 824417
11540 NE Inverness Drive
Portland Oregon 97220

Federal Court
1000 SW 3rd Ave #740
Portland Oregon 97204



FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 97230
02 7H
0000121596
$ 001.90⁰
SEP 05 2025