Filed 10/10/2025 - RKS



June 23, 2025

Stephen Walter Sherrill, SWIS# 824417
Multnomah County Inverness Jail
11540 NE Inverness Dr.
Portland, OR 97220

RE:    Correction Deputy excessive use of force
        Client:                    Multnomah County
        County File#:          2025-00325
        Our Claim Number:   MU-25-300343-01
        Date of Incident:     03/11/2025

Dear Mr. Sherrill:

Please accept this letter as a formal follow-up to our conversation today and an update to my acknowledgement letter of our Notice of Tort claim dated May 22, 2025.

I have conducted an inquiry into the above incident involving Correction Deputies use of force operations to determine if the County was in any way negligent. I found no liability or negligence since your refusal to obey orders and your refusal to cuff-up and be escorted to a new cell cause the administration of reasonable force. The allegations outlined in your Tort Claim Notice have no merit. Since I found no merit to your allegations of excessive use of force being administered, as outlined in your TCN, I must respectfully deny your claim.

Sincerely,

*Bob Burton*

Bob Burton, CPCU, ARM, ARM-P, AIC, SCLA
Senior Claim Specialist | (he/him/his)
CorVel Corporation | Portland, Oregon
PO Box 669 | Chino, CA  91708 **(USPS)**
3111 Camino Del Rio North, Suite 900 | San Diego, CA 92108 **(Certified, UPS, FedEx)**
T 503 501 5612 | F 866 402 4409 | C 503 593 8303
Bob_Burton@CorVel.com | www.corvel.com
California License# 2G51808



*This correspondence is sent by CorVel as the authorized Tort Claims Administrator for* **Multnomah County** *who is a Self-Insured public entity in the state of Oregon.*

---

CorVel Corporation   | P.O. Box 669 | Chino, CA 91708 | *p* 503.501.5612 | cell 503 593 8303 | Bob_Burton@corvel.com



# Multnomah County Sheriff's Office • AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 4-3-25 | 824417 | SHERRILL | STEPHEN | 5-C-14 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

ON MARCH-11-25 5:00-6:00 PM WAS KNOCKED UP CONSCIENCE IN MY CELL AND TAZED. COME TO AT BOTTOM OF THE STEPS WORRIED ABOUT DANGER TO MY BODY. CAN'T RECALL WHO IT WAS BUT REMBER SOME ONE TELLING ME TO USE MY LEGS LEGS TO STAND UP. NEGLECT, NEGLIGENCE FAILURE to PROTECT. NOT REALLY GOOD AT HIS PROGRESS BUT JUSTICE SHOULD BE SERVED. HINDS SUFFERS REAL DAMAGE AND BACK TWEEKED. NOT SURE THE OUT COME BUT THE WHOLE CREW NEED PUNISHMENT - NEGLECT, NEGLIGENCE

FAILURE TO PROTECT

Your Signature: _____

☑ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? 42111
When did you receive a response to that grievance or appeal? _____

**DO NOT WRITE BELOW THIS LINE • THIS SECTION FOR STAFF USE ONLY**

| ☐ Emergency Grievance | | ☐ PREA Grievance | |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
| 4/8/2025 | Devaney 53568 | | |

Staff member response                                                                 DB# 42111

THIS ISSUE/INCIDENT HAS ALREADY BEEN SUBMITTED IN A GRIEVANCE, SEE YOUR RESPONSE FROM DB41979.

GRIEVANCE DISMISSED AS DUPLICATIVE.

Staff member name & DPSST: __Devaney__    Date: __4/8/2025__

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 3-16 | [illegible] | Sherrill | Stephen | 4 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

*[handwritten]* 3/11/25 was booked in but Snitches It was published and shown and posted it (hard) to cell [illegible] to see who all this happened but given this going in my cell for I can not try to go to pack my own stuff from them telling me to wake up to all this to explain my pack at some point there was no source of redirection + things this was gin to let my peers see it but all I want is get in bed and in the cell window why? But I need to talk to

Your Signature: Some CM about this my life is in danger
*[signature] Stephen S.*

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

|   | ☐ Emergency Grievance | ☐ PREA Grievance |   |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|   |   |   |   |

Staff member response                                                DB# _____

[empty response box]

Staff member name & DPSST: _____        Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021



# Multnomah County Sheriff's Office · AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 3-15-25 | 624417 | SHerrall | Stephen | |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

3-11-25 5:20 medical problem in 10-15 11 Deni Bushee will in case where I need air care Shell tazed, to life all I needed is getter tazed and then tells me to cuff up I went to catch my own s.e. but they did not respect that like and while was taken said I threaten him all I said was he has no reason to worry about me he claimed to know Autism on any showing any he work behind the? That was the exist nicely ill, all like I paid my state union I = Ten An Air

Your Signature: _____

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

## DO NOT WRITE BELOW THIS LINE · THIS SECTION FOR STAFF USE ONLY

| ☐ Emergency Grievance | | ☐ PREA Grievance | |
|---|---|---|---|
| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
| 3/25/2025 | Devaney 53568 | 3/25/2025 | Lt. Blair |

Staff member response                                    DB# 41979

Your complaint about use of force by staff on 3/11/2025 has been received and was forwarded to Lieutenant Blair for review. After reviewing video footage and all applicable documentation, the lieutenant has determined that no force was used against you on the date/time that you wrote on your grievance. If you believe that you made a mistake on your grievance, you may submit a new grievance with the corrected information. Please include as many details as possible about the date, time, and location of the event.
This grievance is closed and no appeals are allowed.

Staff member name & DPSST: __Devaney__         Date: __3/26/2025__

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021



## Multnomah County Sheriff's Office • AIC Grievance Form

After completing this form, put the top page in the grievance drop box. If it is an Emergency or PREA Grievance, *do not* put it in the box; give it to a deputy or other staff member instead. Keep the bottom copy for your records. Look in the Manual for Adults in Custody for more detailed information about grievances.

| today's date | SWIS ID # | your last name | your first name | location |
|---|---|---|---|---|
| 3-16-25 | 874417 | Sharell | Stephen | 4-E 11 |

Describe your grievance or appeal here. Include details about what happened to you, when it happened, and the name(s) of any staff member(s) involved. Explain why you think what happened was wrong, dangerous, or illegal. If this is an appeal, you must show new evidence to support your complaint or explain why the answer that you received was wrong.

On 3-11-25 I pied in cell I got my walk taken and CO sent me to the while and my I noticed is they telling me to cuff up and I wanted to pack my stuff I did not Kause I just wed lil time to pack as soon as back up got there the nurse in person my and what not I don Bell in so sick my body alte feels like my stuff sick not sure with theyle but they came in my cell and seay my with to check out the [rules] etc After I was lock up ask with

Your Signature: _____ Alqaan

☐ Check this box for a Grievance Appeal.
What is the DB# for the grievance or appeal you wish to appeal? _____
When did you receive a response to that grievance or appeal? _____

### DO NOT WRITE BELOW THIS LINE • THIS SECTION FOR STAFF USE ONLY

☐ Emergency Grievance   ☐ PREA Grievance

| received on: | by (name & DPSST): | forwarded on: | to (name & DPSST): |
|---|---|---|---|
| | | | |

Staff member response                                              DB# _____

Staff member name & DPSST: _____    Date: _____

Original to Grievance Drop Box; bottom copy to adult in custody                PS-618 REV 5/2021

Stephen Sherrill SL4419
11540 NE Inverness Drive
Portland Oregon 97220
2144

10-7-25

CLERK OF COURT
1000 SW THIRD Ave
Portland Oregon 97204

FIRST-CLASS

US POSTAGE Pitney Bowes
ZIP 97230
02 7H
0006121596    $ 002.44⁰
            OCT 08 2025