JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Andrew T. Weiner, OBS No. 115485
Sr. Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone:  (503) 988-3138
Facsimile:  (503) 988-3377
E-mail: andrew.weiner@multco.us
    *Of Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHEN WALTER SHERRILL,<br><br>Plaintiff,<br><br>v.<br><br>1 TO 10 UNKNOWN EMPLOYEES OF MULTNOMAH COUNTY SHERIFF'S OFFICE, MULTNOMAH COUNTY SHERIFF'S OFFICE, AND NICOLE MORRISEY O'DONNELL,<br><br>Defendants. | Case No. 3:24-CV-01621-MTK<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT |

For their answer to Plaintiff's Complaint, defendants Multnomah County Sheriff's Office ("MCSO") and Nicole Morrisey O'Donnell (together, the "County Defendants") admit, deny, and allege as follows:

1.

County Defendants admit that the District of Oregon is the proper venue for this federal litigation, and admit that this Court has jurisdiction over the federal claims alleged under 42 U.S.C. § 1983 and supplemental jurisdiction over related state-law claims.

Page 1 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

2.

County Defendants admit that Plaintiff was an adult in custody, being held as a pretrial detainee in Multnomah County Detention Center ("MCDC") on March 11, 2025.

3.

County Defendants admit that, at all material times, Nicole Morrisey O'Donnell was serving as the Sheriff of Multnomah County, Oregon.

4.

County Defendants admit that, at approximately 5:10 p.m. on March 11, 2025, Plaintiff began making a series of threats to jail staff. County Defendants admit that Plaintiff subsequently refused to comply with orders that he submit to handcuffs so he could be transported from Dorm 6B to disciplinary housing. County Defendants admit that Plaintiff attempted to strike jail staff when they entered his cell, and he physically resisted their efforts to secure him in restraints. County Defendants admit that jail staff used force to gain Plaintiff's compliance and secure him, including the deployment of a taser.

5.

County Defendants admit that, after he was secured in restraints, Plaintiff continued to disregard orders and refused to stand up so he could be escorted out of the dorm. County Defendants admit that Plaintiff went dead weight, requiring jail staff to carry him from the upper tier of Dorm 6B to the lower tier where jail staff placed him in a wheelchair and then transferred him to disciplinary housing in Dorm 4E.

6.

County Defendants admit that Multnomah County has policies governing the use of force in the County's jail facilities, including the use of tasers. County Defendants admit that jail staff receive

Page 2 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

training on the use of force in the jail.

7.

County Defendants admit that Plaintiff filed grievances in the jail related to the March 11, 2025 use-of-force event, and that he exhausted available administrative remedies. County Defendants admit that Plaintiff provided a Notice of Tort Claim to Multnomah County related to the March 11, 2025 use-of-force event, dated May 20, 2025.

8.

Except as specifically admitted herein, County Defendants deny each and every remaining allegation in Plaintiff's Complaint and the whole thereof.

BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT, COUNTY DEFENDANTS ALLEGE AS FOLLOWS:

9.

**FIRST DEFENSE**
**(Improper Defendant)**

The Multnomah County Sheriff's Office is a department through which Multnomah County administers its law enforcement and corrections functions, not a separate entity subject to suit under federal law or state law.

10.

**SECOND AFFIRMATIVE DEFENSE**
**(Failure to State a Claim)**

Plaintiff's Complaint fails to state a claim or claims upon which relief can be granted.

/ / / /

/ / / /

Page 3 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

11.

## THIRD AFFIRMATIVE DEFENSE
### (No Punitive Damages)

Plaintiff may not recover punitive damages against a public body under state or federal law.

12.

## FOURTH AFFIRMATIVE DEFENSE
### (Justification – State Assault/Battery Claims)

The physical force used on March 11, 2025 was justified as force reasonably believed necessary to maintain order and discipline at MCDC and authorized by law, as well as the defense of self and others.

13.

## FIFTH AFFIRMATIVE DEFENSE
### (Oregon Tort Claims Act – State Claims)

Plaintiff's state law claims are subject to the privileges, immunities, and limitations of the Oregon Tort Claims Act, ORS 30.260 *et seq.*

14.

## SIXTH AFFIRMATIVE DEFENSE
### (Qualified Immunity – Federal Claims)

Plaintiff's federal claims against Sheriff Nicole Morrisey O'Donnell are barred by the doctrine of qualified immunity.

15.

## SEVENTH AFFIRMATIVE DEFENSE
### (Additional Defenses)

County Defendants reserve the right to raise additional defenses that may become apparent during the course of discovery.

Page 4 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

WHEREFORE, having fully answered Plaintiff's Complaint, County Defendants pray that the Plaintiff's Complaint be dismissed with prejudice in its entirety, that judgment be entered in their favor, and for an award of costs, disbursements and fees incurred herein.

DATED this 30th day of January 2026.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

/s/ Andrew T. Weiner

Andrew T. Weiner, OSB No. 115485
Sr. Assistant County Attorney
   *Of Attorneys for County Defendants*

Page 5 – DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I arranged to be served **DEFENDANTS'**

**ANSWER TO PLAINTIFF'S COMPLAINT** on behalf of County Defendants on all parties

entitled to service at the following addresses:

Stephen Walter Sherrill, SWIS# 824417
Multnomah County Inverness Jail
11540 NE Inverness Drive
Portland, OR 97220
    *Pro se Plaintiff*

by the following method or methods as indicated:

☒     by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☐     by causing a true copy thereof to be **hand delivered** to said person(s) at the last known address for said person(s) as shown above, on the date set forth above.

☐     by mailing via **certified mail, return receipt requested**, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☐     by **facsimile** to said person(s) a true copy thereof at the facsimile number shown above, which is the last known facsimile number for said person(s) on the date set forth above. A copy of the confirmation report is attached hereto.

☐     by **emailing** to said person(s) a true copy thereof at the email address shown above, which is the last known email address for said person(s) on the date set forth above.

DATED this 30th day of January, 2026.

JENNY M. MADKOUR COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

*|s| Andrew T. Weiner*

Andrew T. Weiner, OSB No. 115485
Senior Assistant County Attorney
    *Of Attorneys for Defendants*

Page 1 – CERTIFICATE OF SERVICE